**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **OSCAR BELTRAN-VAZQUEZ,** ) | |
| **BOP ID # 46723-177,** ) | |
| Plaintiff, ) | |
| **vs.** ) | **No. 3:14-CV-3342-N-BH** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, this case will be **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

**SIGNED this 8th day of December, 2014.**

_____
**UNITED STATES DISTRICT JUDGE**